McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL KREMLINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02291-KJN<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until June 29, 2018. This is Defendant's first request for an extension of time. Defense counsel requires additional time to fully review the administrative record and consider the

1

government's position due schedule conflicts. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: May 31, 2018        By:   */s/ Lawrence D. Rohlfing* *
                                LAWRENCE D. ROHLFING
                                Attorney for Plaintiff
                                (*By e-mail authorization on 05/29/18)


Dated: May 31, 2018             McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                  */s/ Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: June 1, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE